UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BARR, JR.,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. 2:19-cv-1021-RSM-MLP

REPORT AND RECOMMENDATION

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner, who is currently incarcerated at the Maple Lane Competency Restoration Program in Centralia, Washington, is proceeding *pro se* and *in forma pauperis*. Until recently, Petitioner has been incarcerated at the King County Jail in Seattle, Washington.

By Order dated July 17, 2019, the Court declined to serve Petitioner's habeas petition because Petitioner has only filed a few select pages from the habeas form sent to him by the Clerk's Office and has not yet filed a complete petition. (Dkt. ## 1, 8.) In addition, Petitioner's submissions suggest that he is challenging several very recent convictions. Specifically, as Petitioner states that he was convicted in the King County Superior Court in April, May, and June 2019, but does not include any information about appealing these convictions or sentences

REPORT AND RECOMMENDATION - 1

(dkt. # 8-1 at 2), it does not appear that Petitioner properly exhausted his state court remedies before filing his federal habeas petition. *See* 28 U.S.C. § 2254(b)(1)(A).

The Court ordered Petitioner to show cause why this case should not be dismissed without prejudice for failure to exhaust his state court remedies by no later than Monday, August 19, 2019. (Dkt. # 11.) The Court further warned him that failure to respond to the Order would result in dismissal of this action. (*Id*.) Although Petitioner called the Clerk's Office to advise the Court that he had been moved from the King County Jail to the Maple Lane Competency Restoration Program, he has not responded to the Court's Order to Show Cause.

Accordingly, the Court recommends that this federal habeas action be DISMISSED without prejudice to his refiling the petition. A proposed order accompanies this Report and Recommendation. The Clerk is directed to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **Wednesday, September 18, 2019.** Objections, and any response, shall not exceed twelve pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days after they are served and filed. Responses to objections, if any, shall be filed no later than **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

Dated this 28th day of August, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge